# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-00016-01-CR-W-GAF |
| OMAR M. BUSTILLOS, | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(A) and (B) to Count One of the Indictment. Count One of the Indictment charges Defendant with a violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2), that is, being a drug user in possession of a firearm. (Doc. #16.) At the hearing, the Government acknowledged that it will dismiss all remaining counts of the Indictment at sentencing. (*See also* Doc. #41 at 6-7.) I determined that the guilty plea is knowledgeable and voluntary and that the offense charged is supported by an independent basis in facts containing each of the essential elements of such offense. A record was made of the proceedings and a transcript has been requested. Based on the foregoing, it is

RECOMMENDED that Defendant Omar M. Bustillos's plea of guilty be accepted and that Defendant Bustillos be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

*/s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE